

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-21-00100-CV

Penny **ALBAUGH**,
Appellant

v.

James **WARD** and Elda Gonzalez,
Appellees

From the County Court, Frio County, Texas
Trial Court No. 9642
Honorable Arnulfo C. Luna, Judge Presiding

# O R D E R

This is an appeal in an eviction action. Appellant has filed a motion for an emergency stay of the issuance of the writ of possession. In essence, appellant is asking that we stay the county court's judgment pending our determination of the appeal. However, appellant did not file the requisite supersedeas bond as required by the Texas Property Code. *See* Tex. Prop. Code Ann. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

Accordingly, we **DENY** appellant's motion. *See id.*[1]

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.

---

[1] We do not address the merits of appellant's appeal in this order.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court